PHILLIP A. TALBERT
United States Attorney
ALEXANDRE DEMPSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VIVIANA CERVANTES,<br><br>Defendants. | CASE NO. 1:22-CR-00030-ADA-BAM<br><br>STIPULATION TO CONTINUE SENTENCING; FINDINGS AND ORDER<br><br>DATE: January 23, 2023<br>TIME: 8:30 a.m.<br>COURT: Judge Ana de Alba |

## STIPULATION

The United States of America, by and through its counsel of record, and VIVIANA CERVANTES, by and through her counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on January 23, 2023.

2. By this stipulation, defendants now move to continue the sentencing hearing until March 27, 2023.

3. The parties agree and stipulate, and request that the Court find the following:

   a) Due to delays regarding the pre-sentence investigation process and at the request of assigned probation officer, both parties request additional time to review the pre-sentence investigation report once it is finalized and prepare for sentencing.

   b) Counsel for the defendant believes that this continuance is necessary to prepare for eventual sentencing in this case.

1

IT IS SO STIPULATED.

Dated: January 5, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ ALEXANDRE DEMPSEY
ALEXANDRE DEMPSEY
Assistant United States Attorney

Dated: January 5, 2023

/s/ KOJO MOORE
KOJO MOORE
Counsel for VIVIANA CERVANTES

IT IS SO ORDERED.

Dated:  January 9, 2023

UNITED STATES DISTRICT JUDGE

2