PHILLIP A. TALBERT
United States Attorney
ALEXANDRE DEMPSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VIVIANA CERVANTES,<br><br>Defendants. | CASE NO. 1:22-CR-00030-ADA-BAM<br><br>STIPULATION TO CORRECT JUDGMENT; FINDINGS AND ORDER<br><br>DATE:<br>TIME:<br>COURT: Judge Ana de Alba |

## STIPULATION

The United States of America, by and through its counsel of record, and VIVIANA CERVANTES, by and through her counsel of record, hereby stipulate as follows:

1. Cervantes was sentenced by this Court on March 27, 2023.

2. During sentencing, the Court announced that the restitution amount owed by Cervantes was a total of $429,521.24. This amount was based on a typographical error in paragraph 117 of the PSR.

3. The correct amount of restitution, as properly set forth in the Restitution Attachment attached to the PSR, is actually a total of $261,849.85.

4. The parties agree and stipulate, and request that the Court find the following:

    a) The proper restitution amount in this case should be $261,849.85, as outlined in the Restitution Attachment previously filed with the Court.

        b)      The Court has the authority to correct the Judgment in this case regarding the proper restitution amount.

        c)      The defendant waives any right she has to be present for any such correction.

        d)      The final judgment in this case shall reflect a restitution total of $261,849.85 as outlined in the Restitution Attachment instead of the total of $429,521.24 that was announced on March 27, 2023.

IT IS SO STIPULATED.

Dated: March 28, 2023

PHILLIP A. TALBERT  
United States Attorney

/s/ ALEXANDRE DEMPSEY  
ALEXANDRE DEMPSEY  
Assistant United States Attorney

Dated: March 28, 2023

/s/ KOJO MOORE  
KOJO MOORE  
Counsel for VIVIANA CERVANTES

IT IS SO ORDERED.

Dated:  March 29, 2023

UNITED STATES DISTRICT JUDGE

STIPULATION TO CORRECT JUDGMENT      2